**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
Andrew J. Rossman (AR-0596)
Ryan C. Jacobs (RJ-5241)
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

James R. Savin (JS-9220)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000 (Telephone)
(202) 887-4288 (Facsimile)

Attorneys for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SOLUTIA INC., et al., | : | Case No. 03-17949 (PCB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE THAT the Official Committee of Unsecured Creditors (the

"Creditors' Committee") of Solutia Inc. ("Solutia") and certain of its subsidiaries and affiliates in

the above-referenced chapter 11 cases (collectively, the "Debtors"), by and through its

undersigned counsel, hereby cross-appeals under 28 U.S.C. § 158(a) and Rules 8001(a) and

8002(a) of the Federal Rules of Bankruptcy Procedure from the Final Order (the "Order")

Granting Partial Summary Judgment in Favor of the Debtors and the Creditors' Committee

Regarding the Debtors' Objection to Claim No. 6210 Filed by The Bank of New York as

Indenture Trustee for the 2009 Noteholders entered by the United States Bankruptcy Court for

the Southern District of New York (Judge Prudence Carter Beatty) on November 26, 2007

[Docket No. 4393], and from all other orders rendered appealable thereby, including the

Memorandum Decision on Joint Motion for Partial Summary Judgment with Respect to Claim

No. 6210 (11.25% Senior Secured Notes) issued by the United States Bankruptcy Court for the

Southern District of New York (Judge Prudence Carter Beatty) on November 9, 2007 [Docket

No. 4307], as modified by the errata order entered by the United States Bankruptcy Court for the

Southern District of New York (Judge Prudence Carter Beatty) on November 21, 2007 [Docket

No. 4356]. A copy of the Order appealed from is attached hereto as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| The Official Committee of Unsecured Creditors of Solutia Inc., et al. | Daniel H. Golden, Esq.<br>Ira S. Dizengoff, Esq.<br>Andrew J. Rossman, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, New York 10022-2524<br>Telephone: (212) 872-1000<br><br>James R. Savin, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000 |

| | |
|---|---|
| Debtors and Debtors-in-Possession | Richard M. Cieri, Esq.<br>Jonathan S. Henes, Esq.<br>Colin M. Adams, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800 |
| | Thomas L. Campbell, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Telephone: (312) 861-2000 |
| The Bank of New York, as Indenture Trustee<br>for the Senior Secured Notes | J. Christopher Shore, Esq.<br>Gerard Uzzi, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2797<br>Telephone: (212) 819-8200 |
| | John K. Cunningham, Esq.<br>White & Case LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700 |

Dated: New York, New York
       December 10, 2007

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Daniel H. Golden
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
Andrew J. Rossman (AR-0596)
Ryan C. Jacobs (RJ-5241)
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

James R. Savin (JS-9220)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000 (Telephone)
(202) 887-4288 (Facsimile)

Attorneys for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.