| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **AKIN GUMP STRAUSS** |
| Citigroup Center | **HAUER & FELD LLP** |
| 153 East 53rd Street | 590 Madison Avenue |
| New York, New York 10022 | New York, New York 10022-2524 |
| Telephone: (212) 446-4800 | Telephone: (212) 872-1000 |
| Facsimile: (212) 446-4900 | Facsimile: (212) 872-1002 |
| Richard M. Cieri (RC 6062) | Daniel H. Golden (DG-5624) |
| Jonathan S. Henes (JH 1979) | Ira S. Dizengoff (ID-9980) |
| Colin M. Adams (CA 2913) | Andrew J. Rossman (AR-0596) |
| | |
| *Attorneys for the Debtors and* | *Attorneys for the Official Committee of* |
| *Debtors in Possession* | *Unsecured Creditors of Solutia Inc., et al.* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                           :  Chapter 11
                                                :
**SOLUTIA INC.,** *et al.*,                     :  Case No. 03-17949 (PCB)
                                                :
                       Debtors.                 :  (Jointly Administered)
                                                :
---------------------------------------------------------------x

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS FOR THE
RECORD ON APPEAL FROM THE (I) MEMORANDUM DECISION
OF THE BANKRUPTCY COURT ON NOVEMBER 9, 2007
[DOCKET NO. 4307] AS MODIFIED, AND (II) ORDER ENTERED
BY THE BANKRUPTCY COURT ON NOVEMBER 26, 2007 [DOCKET NO. 4393]**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellees Solutia Inc. and certain of its subsidiaries and affiliates in the above-referenced chapter 11 cases (collectively, the "Debtors") and the Official Committee of Unsecured Creditors of Solutia Inc., *et al.* (the "Creditors' Committee"), by and through their undersigned counsel, hereby submit their additional items to be included in the record on appeal to the United States District Court for the Southern District of New York with respect to the (i) Memorandum Decision on Joint Motion for Partial Summary Judgment With Respect to Claim No. 6210 (11.25% Senior Secured Notes) issued by the United States Bankruptcy Court for the Southern District of New York

(Judge Prudence Carter Beatty) on November 9, 2007 [Docket No. 4307], as modified by the errata order entered by the United States Bankruptcy Court for the Southern District of New York (Judge Prudence Carter Beatty) on November 21, 2007 [Docket No. 4356] and (ii) the Final Order Granting Partial Summary Judgment in Favor of the Debtors and Creditors' Committee Regarding the Debtors' Objection to Claim No. 6210 Filed by The Bank of New York as Indenture Trustee for the 2009 Noteholders entered by the United States Bankruptcy Court for the Southern District of New York (Judge Prudence Carter Beatty) on November 26, 2007 [Docket No. 4393].

## **Additional Items To Be Included In The Record On Appeal**

1. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Claim No. 6210 filed by the Bank of New York as Indenture Trustee for the 2009 Noteholders dated July 20, 2007 [Docket No. 4056].

2. Notice of Cross-Appeal dated December 10, 2007 [Docket No. 4479].

3. Notice of Cross-Appeal dated December 10, 2007 [Docket No. 4480].

4. Deposition Transcript of Timothy P. O'Connor dated November 28, 2007 [Docket No. 4489].

5. Deposition Transcript of Todd R. Snyder dated November 27, 2007 [Docket No. 4490].

6. Deposition Transcript of James M. Sullivan dated November 28, 2007 [Docket No. 4491].

7. Transcript of Hearing Held on November 29, 2007, filed on December 17, 2007 [Docket No. 4505].

8.	Order Denying Motion of the Official Committee of Unsecured Creditors for Application of Certain Post-Petition Payments Made to the 2009 Indenture Trustee on Behalf of the 2009 Noteholders in Reduction of the Principal Amount of the 2009 Noteholders' Claim dated December 17, 2007 [Docket No. 4512].

9.	Transcript of Hearing Held on December 10, 2007 [Attached hereto as Exhibit A].

Dated:	December 20, 2007
	New York, New York

Respectfully submitted,

/s/ Jonathan S. Henes
**KIRKLAND & ELLIS LLP**
Richard M. Cieri (RC 6062)
Jonathan S. Henes (JH 1979)
Colin M. Adams (CA 2913)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for the Debtors and Debtors in Possession*


/s/  Daniel H. Golden
**AKIN GUMP STRAUSS HAUER & FELD LLP**
590 Madison Avenue
New York, New York 10022-2524
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
Andrew J. Rossman (AR-0596)

*Attorneys for the Official Committee of Unsecured Creditors of Solutia Inc., et al.*