```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:
Solutia Inc.

Debtor
Solutia Inc.,

The Bank of New York                                   08cv00063,(GBD)
    Appellant,                     SCHEDULING ORDER

   -against-

Official Committee of Unsecured
Creditors of Solutia Inc., et al.,
    Appellee
------------------------------------------------------X
GEORGE B. DANIELS, District Court Judge:

  An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

  ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **April 2, 2008** appellees' opposition shall be submitted by **July 2, 2008**, and appellant's reply shall be submitted by **October 1, 2008**.

  IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
   January 7, 2008

                SO ORDERED:

                *George B. Daniels*
                George B. Daniels, USDJ