USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

**MEMO ENDORSED**

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

To Call Writer Directly:
212-446-4927
jhenes@kirkland.com

212 446-4800

www.kirkland.com

Facsimile:
212 446-4900

February 28, 2008

*By Facsimile With Permission (212) 805-7910*

FEB 28 2008

Honorable Lewis A. Kaplan
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re:   In re Solutia Inc., Civil Action Nos. 1:08-cv-00046-LAK, 1:08-cv-00063-LAK, 1:08-cv-00064-LAK
      Chapter 11 Case No. 03-17949-PCB

Dear Judge Kaplan:

As you know, Kirkland & Ellis LLP represents Solutia Inc. ("Solutia") in the above-referenced appeals and chapter 11 case. Solutia, together with the other parties in the above-referenced appeals, Appellant The Bank of New York, as indenture trustee for the 11.25% Senior Secured Notes (the "Indenture Trustee") and Appellee and Cross-Appellant the Official Committee of Unsecured Creditors of Solutia Inc., *et al.*, consistent with Judge Kaplan's regular memo endorsement, hereby request that the above-referenced appeals be dismissed with prejudice. The settlement between Solutia, the Indenture Trustee and certain holders of the 11.25% Senior Secured Notes approved by the Honorable Prudence Carter Beatty, United States Bankruptcy Judge, on February 26, 2008, has been consummated.

We appreciate the Court's courtesy with respect to this requests.

Sincerely,

Jonathan S. Henes

*Granted. Nos. 08 Civ. 0046, 0063 and 0064 are dismissed. The Clerk shall close the cases.*

LEWIS A. KAPLAN 2/28/08 USDJ

## KIRKLAND & ELLIS LLP

Honorable Lewis A. Kaplan
February 28, 2008
Page 2

cc: Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Dewey & LeBoeuf LLP
Attorneys for Appellant The Bank of New York,
as Indenture Trustee for the
11.25% Senior Secured Notes

Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
Attorneys for Appellee and Cross-Appellant
The Official Committee of Unsecured Creditors
of Solutia Inc., *et al.*